TAG 380, LLC, Respondent, v ComMet 380, Inc., Appellant and Third-Party Plaintiff. GMAC Commercial Mortgage Corporation, Third-Party Defendant-Intervenor.

Submitted February 19, 2008; decided March 13, 2008

Motion to enlarge the record on appeal granted. Cross motion to strike portions of appellant's reply brief denied.